## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Janis Florence Starkey | **Case No :** 09−21500 − A − 7 | |
| | | **Date :** 4/9/12 | |
| | | **Time :** 10:00 | |
| **Matter :** | [48] − Motion/Application to Compel Abandonment [HF−1] Filed by Debtor Janis Florence Starkey (Fee Paid $0.00) (bres) | | UNOPPOSED |
| **Judge :** | Michael S. McManus | | |
| **Courtroom Deputy :** | Sarah Head | | |
| **Reporter :** | NOT RECORDED | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :
Dismissed without prejudice
See final ruling below.

The court will issue a minute order.

Final Ruling: The motion will be dismissed without prejudice because it was not served on all creditors, as required by Fed. R. Bankr. P. 6007(a). It was served only on: counsel for Wells Fargo Bank, which is improper service unless counsel agreed to service; Helga White, former counsel for the debtor; the former trustee, Ryan Lucksinger; and counsel for the former trustee.

In addition, the case was closed on July 8, 2011 and, even though the debtor filed a motion to reopen the case, the court has not ordered the appointment of a trustee. See 11 U.S.C. § 703(c). Service on the former trustee then did not satisfy the requirement that the case trustee be served. See Fed. R. Bankr. P. 6007(a). The court will not adjudicate this motion unless and until the motion has been served on the newly−appointed trustee, after the case is reopened.

Further, the motion is not accompanied by a separate notice of hearing as required by Local Bankruptcy Rule 9014−1(d)(2).